UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | :   Cr No. 05-241 (RMU) |
| | : |
| JERMALE JOHNSON | : |

MOTION TO QUASH WARRANT AND SET IN FOR ARRAIGNMENT

The defendant, through his attorney, requests that the above captioned case be set in for an arraignment and that the bench warrant issued in this case be quashed. In support of this request the defendant would state the following:

1. The defendant was initially arrested in charged in United States of America v. Jermale Johnson, Case No. 04-00281 (RMU). In that case he was on Intensive Supervision/Electronic Monitoring during the pendency of that case. At that time he was residing at 301 33rd Street, S.E., Apartment # 303, Washington, D.C.

2. On April 27, 2005, the government moved to dismiss the case against the defendant. As of that date he was in compliance with the conditions of his release.

3. On June 23, 2005, the defendant was indicted for the same offense in United States of America v. Jermale Johnson, Case No. 05-00241 (RMU). As of

that date the defendant had moved his address. His previously retained counsel did not notify him of the new indictment. On July 15, 2005, the defendant did not appear for an arraignment before Magistrate Deborah Robinson. The defendant's then court appointed attorney did not notify him of the arraignment. A bench warrant was then issued.

    4. The defendant presently resides at 10112 Campus Way South, Upper Marlboro, Md. He works full-time. He has not been rearrested or charged with any other conduct since the case was initially dismissed.

    5. The defendant, through counsel, would case that a date for his arraignment be reset and counsel and the defendant will appear.

    WHEREFORE, based on the above the defendant would request that this motion be granted.

    Respectfully submitted,

Douglas J. Wood  
#965830  
Suite 202  
6801 Kenilworth Avenue  
Riverdale, Md. - 20837

### CERTIFICATE OF SERVICE

I do hereby certify that a copy of this pleading has been mailed this 2nd day of September, 2005, Ms. Amy Jeffress, 555 4th Street, N.W., Room 4104, Washington, D.C. - 2005.

_____  
Douglas J .Wood  
(301) 699-0764