UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA              :

                                      :

                                      :    Cr No. 05- 241(RMU)

                                      :

JERMALE JOHNSON                       :

<u>PROPOSED ORDER</u>

Upon consideration of the Defendant's motion, good cause having been

advanced, it is this _____ day of _____, 2005, hereby

**ORDERED** that the motion is **GRANTED** and that the the warrant is quashed

and an it is further

ORDERED that an arraignment is scheduled for

_____, 2005.


_____
                        Judge Urbina

cc:

Douglas Wood
Roberts & Wood
6801 Kenilworth Ave. #202
Riverdale, MD 20737

AUSA
Office of the United States Attorney
555 Fourht Street, NW
Washington, Dc 20530