UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.  Criminal Case No.: 05-0241 (RMU)

JERMALE JOHNSON,

Defendant.

**ORDER**

FILED
SEP 12 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 12th day of September, 2005,

**ORDERED** that the defendant's motion to quash arrest is granted, and it is

**FURTHER ORDERED** that an arraignment is scheduled for Monday, October 3, 2005 at 2:30 pm.

**SO ORDERED**

Ricardo M. Urbina
United States District Judge