# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 05-0241 (RMU)** |
| | : | |
| **v.** | : | |
| | : | |
| **JERMALE C. JOHNSON,** | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Alexander Shawe, at telephone number (202) 514-9519 and/or email address Alexander.Shawe@usdoj.gov. Mr. Shawe will substitute for Assistant United States Amy Jeffress as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

_____

Alexander Shawe
Assistant United States Attorney
Narcotics Section, Bar No. 472492
555 4th Street, NW, Room 4239
Washington, DC 20530
(202) 514-9519