UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA           :
                                   :
v.                                 :     Criminal Case No.: 05-0241 (RMU)
                                   :
JERMALE JOHNSON,                   :
                                   :
        Defendant.                 :

### CRIMINAL SCHEDULING ORDER

In order to manage this case in a manner consistent with the highest quality of justice, it is this __3rd__ day of October, 2005,

**ORDERED** that the parties file all:

Pretrial Motions\Notices    on or before __October 17, 2005__;

Oppositions                 on or before __October 31, 2005__; and

Replies                     on or before __Nov. 7, 2005__; and it is

**FURTHER ORDERED** that this case be set for:

An interim status conference on __Oct. 18, 2005__, at __3pm__;

A motions hearing           on __Dec. 6, 2005__, at __1:45__; and it is

**ORDERED** that counsel comply with all directives set forth in this court's Standing Order issued for this case and posted at http://www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge

FILED
OCT 3 - 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT