UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
v.                                :     Criminal Case No.: 05-0241 (RMU)
                                  :
JERMALE JOHNSON,                  :
                                  :
       Defendant.

**ORDER**

**FILED**

**OCT 11 2005**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 11th day of October 2005,

**ORDERED** that the motions hearing in the above-captioned case scheduled for December 6, 2005 is hereby **VACATED** and **RESCHEDULED** for Thursday, December 15, 2005 at 2:00 pm.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge