UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA            :
                                    :
v.                                  :   Criminal Case No.: 05-0241 (RMU)
                                    :
JERMALE JOHNSON,                    :
                                    :
        Defendant.                  :

## ORDER

It is this 15th day of December 2005,

**ORDERED** that a _pretrial_ hearing in the above-captioned case shall take place on _Jan. 30, 2006_ at _11:30_.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge

FILED
DEC 15 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT