IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| v. | : | 05-241 (RMU) |
| | : | |
| **JERMALE JOHNSON** | : | |

JOINT PROPOSED JURY INSTRUCTIONS

Subject to modification as appropriate after presentation of all of the evidence, Jermale Johnson, through undersigned counsel, preliminarily respectfully requests that the jury be instructed as follows:

NOTE:   Counsel requests that 2.08 & 2.09 be given either at the beginning, or at the end, of all instructions.

2.08   Burden of proof – Presumption of innocence
2.09   Reasonable doubt
   NOTE:   The defense objects to any proposed deviation from the Red book instruction, and requests that the jury be given the standard Red book instruction.

1.10   Evaluation of Prior Inconsistent Statement of a Witness (if applicable)
2.01   Function of the Court
2.02   Function of the jury
2.03   Jury's recollection controls
2.06   Indictment not evidence
2.11   Credibility of witnesses
2.13   Number of witnesses
2.14   Nature of charges not to be considered
2.26   Police officer's testimony
2.27   Right of Defendant not to Testify (as recently modified)
2.51   Other crimes evidence (if applicable)
3.01   Intent
3.03   Knowingly
3.08   Possession
4.28   Possession of controlled dangerous substance
4.29   Possession with the intent to distribute
5.06   Identification

5.01   Defense Theory instruction

Counsel reserves the right to request other instructions as they may later become appropriate.

Respectfully submitted,                    Respectfully submitted,


_____                         _____

Alex Shawe                                 Douglas Wood
555 Fourth Street, NW                      Counsel for Jermale Johnson
Washington, DC 20002                       Roberts & Wood
                                           6801 Kenilworth Avenue
                                           Suite 202
                                           Riverdale, MD 20737
                                           (301) 699-0764


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant's Proposed Statement of the Case and Voir Dire has been served by facsimile on AUSA Alex Shawe this \_\_\_\_\_ day of January, 2006, at
(202) 353-9414


_____

Douglas Wood