IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| v. | : | 05-241 (RMU) |
| | : | |
| **JERMALE JOHNSON** | : | |

JOINT LIST OF EXHIBITS

Government exhibits:

1. Photograph of the VIN on the car

2. Photograph of the car

3. Photograph of the car

4. Photograph of the cocaine base in glove compartment of car

5. Defendant's driver's license

6. D.C. traffic ticket

7. PD 47

8. Defendant's cell phone

9. Seized cocaine base and marijuana

10. DEA 7 Controlled Substance Analysis

11. $1509 in U.S. Currency

12. M.O. or arrest photograph of the defendant

13. Temporary registration for the defendant's car

14. Temporary Tag for defendant's car

Respectfully submitted,                Respectfully submitted,


_____/s/_____              _____/s/_____
Alex Shawe                             Douglas Wood
555 Fourth Street, NW                  Counsel for Jermale Johnson
Washington, DC 20002                   Roberts & Wood
                                       6801 Kenilworth Avenue, Suite 202
                                       Riverdale, MD 20737
                                       (301) 699-0764


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Joint Proposed Statement of the Case and Voir Dire has been served by facsimile on AUSA Alex Shawe, this 23rd day of January, 2006, at 555 Fourth Street, N.W., Washington, DC 20002.


                                       _____/s/_____
                                       Douglas J. Wood