IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| v. | : | 05-241 (RMU) |
| | : | |
| **JERMALE JOHNSON** | : | |

<u>PROPOSED VERDICT FORM</u>

**VERDICT FORM**

**Count One:**

We the jury, as to the Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii), find the defendant:

_____ **Not Guilty**       _____ **Guilty**

**Count Two:**

We the jury, as to the Unlawful Possession with Intent to Distribute Cannabis, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D) find the defendant:

_____ **Not Guilty**       _____**Guilty**

Respectfully submitted,                    Respectfully submitted,


_____/s/_____               _____/s/_____
Alex Shawe                                 Douglas Wood
555 Fourth Street, NW                      Counsel for Jermale Johnson
Washington, DC 20002                       Roberts & Wood
                                           6801 Kenilworth Avenue, Suite 202
                                           Riverdale, MD 20737
                                           (301) 699-0764


### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Joint Proposed Statement of the Case and Voir Dire has been served by facsimile on AUSA Alex Shawe, this 23rd day of January, 2006, at 555 Fourth Street, N.W., Washington, DC 20002.


                                           _____/s/_____
                                           Douglas J. Wood