# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| v. | : | 05-241 (RMU) |
| | : | |
| **JERMALE JOHNSON** | : | |

## NOTICE OF FILING OF PROPOSED VERDICT SHEET

Notice is hereby given that the proposed verdict sheet in the above-referenced case is attached hereto.

Respectfully submitted,                    Respectfully submitted,


_____/s/_____                              _____/s/_____
Alex Shawe                                 Douglas Wood
555 Fourth Street, NW                      Counsel for Jermale Johnson
Washington, DC 20002                       Roberts & Wood
                                           6801 Kenilworth Avenue, Suite 202
                                           Riverdale, MD 20737
                                           (301) 699-0764


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Joint Proposed Statement of the Case and Voir Dire has been served by facsimile on AUSA Alex Shawe, this 24th day of January, 2006, at 555 Fourth Street, N.W., Washington, DC 20002.


_____/s/_____
Douglas J. Wood