IN THE UNITED STATES DISTRICT COURT FOR<br>THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| v. | : | 05-241 (RMU) |
| | : | |
| **JERMALE JOHNSON** | : | |

**VERDICT FORM**

**Count One:**

We the jury, as to the Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii), find the defendant:

_____ Not Guilty                         _____ Guilty

**Count Two:**

We the jury, as to the Unlawful Possession with Intent to Distribute Cannabis, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D) find the defendant:

_____ Not Guilty                         _____Guilty