UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :
                                 :
            v.                   :   Criminal Action No.: 05-241 (RMU)
                                 :
Jermale Johnson,                 :
                                 :   **FILED**
            Defendant(s).        :
                                 :   JAN 2 6 2006
                                 :
                    **ORDER**        NANCY MAYER WHITTINGTON, CLERK
                                     U.S. DISTRICT COURT

It is this 30th day of January 2006,

**ORDERED** that a _____ hearing in the above-captioned case shall take place on Thurs, Feb. 2, 2006 at 9:45 a.m.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge