UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | **CRIMINAL NO. CR 05–241 (JGP)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **JERMALE JOHNSON,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Michael T. Truscott, at telephone number (202) 514-7533, and/or email address Michael.Truscott2@usdoj.gov.  Assistant United States Attorney Michael T. Truscott will substitute for Assistant United States Attorney Alexander Shawe as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

---

Michael T. Truscott
New York Bar
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, NW, Room 4237
Washington, DC 20530
(202) 514-7533