UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 2 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

JERMALE C. JOHNSON

CRIMINAL CASE CR05-241(JGP)

**NOTE FROM JURY**

Jury wood like to see Drugs

Date: 5/25/06
Time: 4:35

FOREPERSON