IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

UNITED STATES           :
                        :
v.                      :           05-241 (JGP)
                        :
JERMALE JOHNSON :

FILED
MAY 25 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### VERDICT FORM

**Count One:**

We the jury, as to the Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii), find the defendant:

____✓____ Not Guilty                    _____ Guilty

**Count Two:**

We the jury, as to the Unlawful Possession with Intent to Distribute Cannabis, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D) find the defendant:

____✓____ Not Guilty                    _____ Guilty

_____
Foreperson