AO 245A  (AO Rev. 12/03 - DC Rev. 12/05) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

**JUDGMENT OF ACQUITTAL**

V.

JERMALE C. JOHNSON

CASE NUMBER:   CR 05-241

# FILED

### MAY 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

Signature of Judge

JOHN GARRETT PENN,     U.S.  DISTRICT  COURT  JUDGE
Name of Judge                              Title of Judge
MAY 2 6 2006

Date